UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERET ISHAK, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WM TECHNOLOGY, INC. f/k/a SILVER SPIKE ACQUISITION CORP., CHRISTOPHER BEALS, ARDEN LEE, DOUGLAS FRANCIS, SUSAN ECHERD, MARY HOITT, SCOTT GORDON, WILLIAM HEALY, and GREGORY M. GENTILE<br><br>Defendants. | Case No. 2:24-cv-08959-ODW-PVC<br><br>**[PROPOSED] ORDER GRANTING THE MOTION OF LAWRENCE M. JARAMILLO FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |

On December 16, 2024, Lead Plaintiff Movant Lawrence M. Jaramillo ("Jaramillo") filed the Motion of Lawrence M. Jaramillo for Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Motion"). The Motion seeks appointment of Jaramillo as lead plaintiff, and approval of his selection of Glancy Prongay & Murray LLP as lead counsel for the class pursuant to the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B).

The Court, having considered the Motion, and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1

1.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Lawrence M. Jaramillo as Lead Plaintiff.

2.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Glancy Prongay & Murray LLP as Lead Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____                                    _____

HONORABLE OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE