Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles H. Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movant Lawrence M. Jaramillo*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERET ISHAK, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WM TECHNOLOGY, INC. f/k/a SILVER SPIKE ACQUISITION CORP., CHRISTOPHER BEALS, ARDEN LEE, DOUGLAS FRANCIS, SUSAN ECHERD, MARY HOITT, SCOTT GORDON, WILLIAM HEALY, and GREGORY M. GENTILE<br><br>Defendants. | Case No. 2:24-cv-08959-ODW-PVC<br><br>**DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF THE MOTION OF LAWRENCE M. JARAMILLO FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Date: January 13, 2025<br>Time: 1:30 p.m.<br>Crtrm.: 5D<br>Judge: Otis D. Wright |

I, Charles H. Linehan, declare as follows:

1.     I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Lawrence M. Jaramillo ("Jaramillo"), and proposed Lead Counsel for the class in the above-captioned action. I make this declaration in support of Jaramillo's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached hereto are true and correct copies of the following exhibits:

Exhibit A:   Notice published in *Globe Newswire* on October 17, 2024, announcing the pendency of the above-captioned securities class action against the Defendants herein;

Exhibit B:   Jaramillo's signed PSLRA Certification;

Exhibit C:   Analysis of Jaramillo's financial interest; and

Exhibit D:   Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of December 2024, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On December 16, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 16, 2024, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan