# EXHIBIT A



*Source:* *The Rosen Law Firm PA*

*October 17, 2024 19:13 ET*

## ROSEN, TOP-RANKED INVESTOR COUNSEL, Encourages WM Technology, Inc. Investors to Secure Counsel Before Important Deadline in Securities Class Action First Filed by the Firm – MAPS

NEW YORK, Oct. 17, 2024 (GLOBE NEWSWIRE) --

**WHY:** Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf purchasers of the securities of WM Technology, Inc. (NASDAQ: MAPS) between May 25, 2021, and September 24, 2024, both dates inclusive (the "Class Period"). A class action has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than December 16, 2024** in the securities class action first filed by the Firm.

**SO WHAT:** If you purchased WM Technology securities during the Class Period you may be entitled to compensation without payment of any out of pocket fees or costs through a contingency fee arrangement.

**WHAT TO DO NEXT:** To join the WM Technology class action, go to https://rosenlegal.com/submit-form/?case_id=29177 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email case@rosenlegal.com for information on the class action. A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than December 16, 2024**. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation.

**WHY ROSEN LAW:** We encourage investors to select qualified counsel with a track record of success in leadership roles. Often, firms issuing notices do not have comparable experience, resources, or any meaningful peer recognition. Be wise in selecting counsel. The Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm has achieved the largest ever securities class action settlement against a Chinese Company. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013 and has recovered hundreds of millions of dollars for investors. In 2019 alone the firm secured over $438 million for investors. In 2020, founding partner Laurence Rosen was named by law360 as a Titan of Plaintiffs' Bar. Many of the firm's attorneys have been recognized by Lawdragon and Super Lawyers.

**DETAILS OF THE CASE:** According to the lawsuit, defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose, among other things, that: (1) WM Technology's monthly average user metrics (MAUs) were severely inflated for years; and (2) as a result, defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

To join the WM Technology class action, go https://rosenlegal.com/submit-form/?case_id=29177 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email case@rosenlegal.com for information on

the class action.

No Class Has Been Certified. Until a class is certified, you are not represented by counsel unless you retain one. You may select counsel of your choice. You may also remain an absent class member and do nothing at this point. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

Attorney Advertising. Prior results do not guarantee a similar outcome.

Contact Information:

Laurence Rosen, Esq.
Phillip Kim, Esq.
The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Toll Free: (866) 767-3653
Fax: (212) 202-3827
case@rosenlegal.com
www.rosenlegal.com