# EXHIBIT C

## Financial Interest Analysis

**Company Name:** WM Technology, Inc.
**Ticker:** MAPS
**Class Period:** May 25, 2021 to September 24, 2024
**Name:** Lawrence M. Jaramillo

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/27/2021 | 100 | $16.3900 | -$1,639.0000 | | $0.0000 | -$1,639.00 |
| 5/27/2021 | 100 | $16.1800 | -$1,618.0000 | | $0.0000 | -$1,618.00 |
| 5/27/2021 | 550 | $16.2100 | -$8,915.5000 | | $0.0000 | -$8,915.50 |
| 5/27/2021 | 100 | $16.4000 | -$1,640.0000 | | $0.0000 | -$1,640.00 |
| 5/27/2021 | 9,200 | $16.4100 | -$150,972.0000 | | $0.0000 | -$150,972.00 |
| 5/27/2021 | 500 | $16.1900 | -$8,095.0000 | | $0.0000 | -$8,095.00 |
| 5/27/2021 | 200 | $16.3800 | -$3,276.0000 | | $0.0000 | -$3,276.00 |
| 5/27/2021 | 100 | $16.2000 | -$1,620.0000 | | $0.0000 | -$1,620.00 |
| 5/27/2021 | 100 | $16.4100 | -$1,641.0000 | | $0.0000 | -$1,641.00 |
| 5/27/2021 | 200 | $16.3600 | -$3,272.0000 | | $0.0000 | -$3,272.00 |
| 5/27/2021 | 100 | $16.2000 | -$1,620.0000 | | $0.0000 | -$1,620.00 |
| 5/27/2021 | 7,650 | $16.3100 | -$124,771.5000 | | $0.0000 | -$124,771.50 |
| 5/27/2021 | 100 | $16.4000 | -$1,640.0000 | | $0.0000 | -$1,640.00 |
| 5/27/2021 | 300 | $16.2000 | -$4,860.0000 | | $0.0000 | -$4,860.00 |
| 5/27/2021 | 700 | $16.2200 | -$11,354.0000 | | $0.0000 | -$11,354.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **20,000** | | | | **Subtotal:** | **-$326,934.00** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $19,907.12 |
| | | | $0.9954 | 20,000 | **Total:** | **-$307,026.88** |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between September 25, 2024 and December 13, 2024.