Laurence M. Rosen, Esq. (SBN 219683)
Email: lrosen@rosenlegal.com
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

*Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERET ISHAK, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WM TECHNOLOGY, INC. f/k/a SILVER SPIKE ACQUISITION CORP., CHRISTOPHER BEALS, ARDEN LEE, DOUGLAS FRANCIS, SUSAN ECHERD, MARY HOITT, SCOTT GORDON, WILLIAM HEALY, and GREGORY M. GENTILE <br><br> Defendants. | Case No. 2:24-CV-08959-ODW-PVC <br><br> **NOTICE OF MOTION AND MOTION OF JAY KANG TO APPOINT LEAD PLAINTIFF AND APPROVE OF CHOICE OF COUNSEL** <br><br> <u>CLASS ACTION</u> <br><br> JUDGE: Otis D. Wright II <br> HEARING: January 13, 2025 <br> TIME: 1:30 PM <br> CTRM: 5D |

PLEASE TAKE NOTICE that on Monday, January 13, 2025, at 1:30 PM.

before the Honorable Otis D. Wright II in the First Street Courthouse, 350 W. 1st

1

Street, Courtroom 8D, 8th Floor, Los Angeles, California 90012, Jay Kang ("Movant") will and does move this Court for an order granting his Motion for: (1) appointment of Movant as Lead Plaintiff of the Class; and (2) approval of Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for Plaintiff and the Class.

This Motion is brought pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), on the grounds that: (1) Movant should be appointed as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired publicly traded WM Technology, Inc. securities, between May 25, 2021, and September 24, 2024, inclusive (the "Class Period"), as Movant has timely made this Motion, has the largest financial interest, and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and (2) Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel should be approved as the firm is well-qualified and has extensive experience in cases of this type.

In support of this Motion, Movant files herewith a Memorandum of Points and Authorities, the Declaration of Laurence M. Rosen (and exhibits attached thereto), and a Proposed Order.

Local Rule 7-3 and Your Honor's Standing Orders require a conference of counsel prior to filing motions. Due to the Private Securities Litigation Reform Act of 1995's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the

MOTION OF JAY KANG TO APPOINT LEAD PLAINTIFF AND APPROVE CHOICE OF COUNSEL – Case No. 2:24-CV-08959-ODW-PVC

movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of L.R. 7-3 and Your Honor's Standing Orders be waived.

Dated: December 16, 2024          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed] Lead Counsel for the Class*

3

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On December 16, 2024, I electronically filed the following **MOTION OF JAY KANG TO APPOINT LEAD PLAINTIFF AND APPROVE CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on December 16, 2024.

/s/ Laurence M. Rosen
Laurence M. Rosen

MOTION OF JAY KANG TO APPOINT LEAD PLAINTIFF AND APPROVE CHOICE OF COUNSEL – Case No. 2:24-CV-08959-ODW-PVC