# Exhibit 3

**WM Technology Loss Chart - Jay Kang**
**Class Period: May 25, 2021 - September 24, 2024**

**Lookback Price**

$ 0.9954

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 2 | 9/21/2021 | 1,000 | ($13.68) | ($13,680.00) | | | | | | | |
| | 9/28/2021 | 1,000 | ($14.71) | ($14,710.00) | | | | | | | |
| | 10/5/2021 | 2,000 | ($13.85) | ($27,700.00) | | | | | | | |
| | 10/5/2021 | 1,000 | ($14.37) | ($14,370.00) | | | | | | | |
| | 10/5/2021 | 2,000 | ($14.26) | ($28,520.00) | | | | | | | |
| | 10/5/2021 | 2,000 | ($14.20) | ($28,400.00) | | | | | | | |
| | 10/14/2021 | 1,000 | ($14.50) | ($14,500.00) | | | | | | | |
| | 10/15/2021 | 1,000 | ($14.54) | ($14,540.00) | | | | | | | |
| | 10/21/2021 | 1,000 | ($13.38) | ($13,380.00) | | | | | | | |
| | 10/22/2021 | 2,000 | ($13.01) | ($26,020.00) | | | | | | | |
| | 10/22/2021 | 1,000 | ($13.10) | ($13,100.00) | | | | | | | |
| | 11/16/2021 | 1,000 | ($8.96) | ($8,960.00) | | | | | | | |
| | 11/16/2021 | 999 | ($8.93) | ($8,921.07) | | | | | | | |
| | 11/16/2021 | 1,000 | ($8.88) | ($8,880.00) | | | | | | | |
| | 11/17/2021 | 2,000 | ($8.40) | ($16,800.00) | | | | | | | |
| | 11/18/2021 | 1 | ($8.09) | ($8.09) | | | | | | | |
| | 6/27/2022 | 3,000 | ($3.69) | ($11,070.00) | | | | | | | |
| | | 23,000 | | ($263,559.16) | | | | | 23,000 | $22,894.20 | ($240,664.96) |
| | | | | Opening Position | | 25,000 | | | | | |
| Account 1 | 8/9/2021 | 500 | ($14.94) | ($7,467.90) | 8/10/2021 | 500 | $15.77 | Matched | | | |
| | 8/11/2021 | 500 | ($14.62) | ($7,310.00) | 2/10/2022 | 500 | $6.08 | Total | | | |
| | 10/6/2021 | 500 | ($13.26) | ($6,632.15) | 2/17/2022 | 1,000 | $4.94 | Opening Position | | | |
| | 10/22/2021 | 1,000 | ($13.01) | ($13,007.30) | 2/25/2022 | 20 | $5.60 | | | | |
| | 10/22/2021 | 1,000 | ($13.15) | ($13,145.00) | 2/25/2022 | 500 | $5.61 | | | | |
| | 11/2/2021 | 500 | ($11.85) | ($5,927.45) | 3/16/2022 | 500 | $5.72 | | | | |
| | 1/4/2022 | 500 | ($5.78) | ($2,890.15) | 3/22/2022 | 948 | $7.38 | | | | |
| | 2/11/2022 | 500 | ($5.80) | ($2,897.90) | 5/6/2022 | 500 | $5.68 | | | | |
| | 2/17/2022 | 1,000 | ($4.98) | ($4,980.00) | 5/6/2022 | 500 | $5.62 | | | | |
| | 2/23/2022 | 1,000 | ($4.54) | ($4,539.80) | 5/6/2022 | 200 | $5.54 | | | | |
| | 3/14/2022 | 177 | ($5.35) | ($947.82) | 5/6/2022 | 800 | $5.55 | | | | |
| | 3/14/2022 | 323 | ($5.36) | ($1,729.67) | 5/6/2022 | 500 | $5.67 | | | | |
| | 5/4/2022 | 468 | ($5.58) | ($2,611.44) | 7/8/2022 | 3,000 | $3.71 | | | | |
| | 6/27/2022 | 1,700 | ($3.90) | ($6,621.50) | 7/22/2022 | 5,000 | $3.38 | | | | |
| | 6/28/2022 | 3,000 | ($3.62) | ($10,872.60) | 7/27/2022 | 2,500 | $3.20 | | | | |
| | 6/30/2022 | 3,000 | ($3.26) | ($9,780.00) | 1/27/2023 | 5,000 | $1.32 | | | | |
| | 7/14/2022 | 5,000 | ($3.07) | ($15,349.50) | 1/27/2023 | 3,032 | $1.28 | | | | |
| | 7/26/2022 | 2,500 | ($3.15) | ($7,871.50) | 1/27/2023 | 1,968 | $1.28 | $2,519.24 | | | |
| | 8/9/2022 | 5,200 | ($3.44) | ($17,888.00) | 9/5/2023 | 3,000 | $1.79 | $5,370.00 | | | |
| | 12/14/2022 | 10,000 | ($1.04) | ($10,400.00) | 10/13/2023 | 3,000 | $1.21 | $3,641.10 | | | |
| | 2/14/2023 | 3,000 | ($1.10) | ($3,300.00) | 3/27/2024 | 2,091 | $1.24 | $2,582.39 | | | |
| | 3/1/2023 | 3,000 | ($1.05) | ($3,150.00) | 8/5/2024 | 2,500 | $0.98 | $2,442.75 | | | |
| | 3/1/2023 | 2,000 | ($1.06) | ($2,118.60) | 8/14/2024 | 5,000 | $1.00 | $5,002.50 | | | |
| | 3/10/2023 | 269 | ($0.84) | ($225.88) | | | | | | | |
| | 3/10/2023 | 2,820 | ($0.84) | ($2,368.52) | | | | | | | |
| | 3/10/2023 | 548 | ($0.85) | ($464.54) | | | | | | | |
| | 3/10/2023 | 2,763 | ($0.86) | ($2,366.79) | | | | | | | |
| | 6/26/2023 | 2,000 | ($0.71) | ($1,415.20) | | | | | | | |
| | 9/14/2023 | 1,500 | ($1.59) | ($2,381.10) | | | | | | | |
| | 12/5/2023 | 8,791 | ($0.89) | ($7,823.99) | | | | | | | |
| | 5/15/2024 | 2,500 | ($1.10) | ($2,750.00) | | | | | | | |
| | | 67,559 | | ($181,234.29) | | 17,559 | | $21,557.97 | 50,000 | $49,770.00 | ($109,906.31) |
| **Total** | | **90,559** | | **($444,793.45)** | | **17,559** | | **$21,557.97** | **73,000** | **$72,664.20** | **($350,571.27)** |