**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com

*Attorneys for Dennis Kordich*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERET ISHAK, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WM TECHNOLOGY, INC. f/k/a SILVER SPIKE ACQUISITION CORP., CHRISTOPHER BEALS, ARDEN LEE, DOUGLAS FRANCIS, SUSAN ECHERD, MARY HOITT, SCOTT GORDON, WILLIAM HEALY, and GREGORY M. GENTILE, <br><br> Defendants. | No.: 2:24-cv-08959-ODW-PVC <br><br> **NOTICE OF MOTION OF DENNIS KORDICH FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** <br><br> Judge: Hon. Otis D. Wright, II <br> Date: January 13, 2025 <br> Time: 1:30 p.m. <br> Courtroom #5D |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on January 13, 2025  at 1:30 p.m., or as soon thereafter as the matter can be heard in the courtroom of the Honorable Otis D. Wright, II situated at the First Street U.S. Courthouse, 350 West 1st Street, Courtroom 5D, Los Angeles, California, Movant Dennis Kordich ("Movant"), by and through his counsel, will and hereby does move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (attached hereto): (i) appointing Movant as Lead Plaintiff on behalf of persons or entities who purchased or otherwise acquired publicly traded WM Technology, Inc. ("WM" or the "Company") securities between May 25, 2021, and September 24, 2024, inclusive; and (ii) approving Movant's choice of counsel as Lead Counsel. In support of this Motion, Movant submits a Memorandum of Points and Authorities, the Declaration of Adam M. Apton and exhibits attached thereto, the pleadings, and other filings herein and such other written or oral arguments as may be presented to the Court.

This motion is made on the grounds that Movant is the most adequate plaintiff, as defined by the PSLRA, based on his loss of approximately $18,787.66 which was suffered as a result of Defendants' wrongful conduct as alleged in the above-referenced documents. Further, Movant satisfies the requirements of Rule 23(a) of the Federal Rules of Civil Procedure, as his claims are typical of other Class members' claims and he will fairly and adequately represent the interests of the class.

## COMPLIANCE WITH CIVIL LOCAL RULE 7-3

This motion is filed pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to

the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, Movant's counsel has no way of knowing who, if any, the competing lead plaintiff candidates are at this time. As a result, counsel for Movant has been unable to conference with opposing counsel as prescribed in Local Rule 7-3, and respectfully requests that the conference requirement of Local Rule 7-3 be waived for this motion. Pursuant to § 78u-4(a)(3)(B)(iii)(II), Defendants do not have standing to oppose the appointment of Movant as lead plaintiff. *See Takeda v. Turbodyne Techs., Inc.*, 67 F. Supp. 2d. 1129, 1138 (C.D. Cal. 1999).

Dated: December 16, 2024          Respectfully submitted,

**LEVI & KORSINSKY, LLP**

/s/ Adam M. Apton
Adam M. Apton (SBN 316506)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com

*Proposed Lead Counsel for Dennis Kordich*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other signatory has concurred in this filing's content and has authorized the filing.

/s/ Adam M. Apton
Adam M. Apton

NOTICE OF MOTION OF DENNIS KORDICH
Case No. 2:24-cv-08959-ODW-PVC
3

## CERTIFICATE OF SERVICE

I, Adam M. Apton, hereby declare under penalty of perjury as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On December 16, 2024, I electronically filed the following **NOTICE OF MOTION OF DENNIS KORDICH FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on December 16, 2024.

/s/ Adam M. Apton
Adam M. Apton