# EXHIBIT B

| | |
|---|---|
| **Client Name** | Dennis Kordich |
| **Company Name** | WM Technology, Inc. |
| **Ticker Symbol** | MAPS |
| **Security Type** | |
| **Class Period Start** | 05-25-2021 |
| **Class Period End** | 09-24-2024 |
| **90-DAY Lookback Period Start** | 09-25-2024 |
| **90-DAY Lookback Period End** | 12-16-2024 |
| **90-DAY Lookback Average** | 0.997344828 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $ 18,787.66 |
| **DURA LIFO\* Total** | $ 18,787.66 |
| **Gross Shares Purchased** | 1,000 |
| **Net Shares Retained** | 1,000 |
| **Net Funds Expended** | $19,785.00 |

| Dennis Kordich | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchases | | | Sales | | | | | | Retained | | | | Losses | |
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO\*** |
| 06-18-2021 | 1000 | 19.785 | $ 19,785.00 | | | | | | - | 1000 | 1000 | $ 01.00 | $ 997.34 | $ 18,787.66 | $ 18,787.66 |
| **Total:** | **1,000** | | **$19,785.00** | | | | | | | **1,000** | **1,000** | | **$ 997.34** | **$ 18,787.66** | **$ 18,787.66** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.