POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (917) 463-1044
jpafiti@pomlaw.com

*Counsel for Movant Vanderlei Melchior
and Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERET ISHAK, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WM TECHNOLOGY, INC. f/k/a SILVER SPIKE ACQUISITION CORP., CHRISTOPHER BEALS, ARDEN LEE, DOUGLAS FRANCIS, SUSAN ECHERD, MARY HOITT, SCOTT GORDON, WILLIAM HEALY, and GREGORY M. GENTILE, <br><br> Defendants. | Case No. 2:24-cv-08959-ODW-PVC <br><br> **DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF VANDERLEI MELCHIOR FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** <br><br> DATE:  January 13, 2025 <br> TIME:  1:30 p.m. <br> JUDGE:  Otis D. Wright II <br> CTRM:  5D |

I, Jennifer Pafiti, hereby declare as follows:

1.    I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Vanderlei Melchior ("Melchior"), and have personal knowledge of the facts set forth herein.    I make this Declaration in support of Melchior's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart setting forth Melchior's financial interest in this litigation;

Exhibit B:    Press release published via *Business Wire* on October 17, 2024, announcing the pendency of the Action;

Exhibit C:    Shareholder Certification executed by Melchior;

Exhibit D:    Declaration executed by Melchior; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 16, 2024.

/s/ *Jennifer Pafiti*
Jennifer Pafiti

DECLARATION - 2:24-cv-08959-ODW-PVC
1

CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Jennifer Pafiti
Jennifer Pafiti