# EXHIBIT A

**WM Technology, Inc. (MAPS)**
**Class Period: May 25, 2021 to September 24, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 83-Days* Mean Price $0.9973 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Vanderlei Melchior | 7/26/2021 | 400 | $13.5500 | ($5,420) | | | | | | | |
| Vanderlei Melchior | 8/12/2021 | 700 | $14.2000 | ($9,940) | | | | | | | |
| Vanderlei Melchior | 11/18/2021 | 3,900 | $8.1000 | ($31,590) | | | | | | | |
| **Vanderlei Melchior** | | **5,000** | | **($46,950)** | | **0** | | **$0** | **5,000** | **$4,987** | **($41,963)** |

*Avg Closing Prices from September 25, 2024 to December 16, 2024