# EXHIBIT D

Docusign Envelope ID: 11F8B3F9-778E-4D5F-94D0-B4BFCC8455AA

**DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION**

I, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I, Vanderlei Melchior, respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff and approval of my selection of Pomerantz LLP ("Pomerantz") as Lead Counsel in the instant class action on behalf of investors in the securities of WM Technology, Inc. ("WM") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). In addition to Pomerantz, I am also represented by The Schall Law Firm ("Schall") in this action. I am informed of and understand the requirements and duties imposed by the PSLRA. I have personal knowledge about the information in this Declaration.

2.      I live in Springfield, VA. I am 42 years old and have been investing in the securities markets for over 10 years. As reflected in my Certification, I purchased WM securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action. Because I suffered substantial losses, I am motivated to seek the best possible result for myself and the proposed Class. I based my decision to invest in WM on my own research of publicly available information.

3.      I have discussed this case with my counsel. Accordingly, I am aware of the current status of this litigation. I understand that on December 16, 2024, my counsel will file a memorandum of law in support of my motion for appointment as Lead Plaintiff. I understand that this Declaration and other supporting submissions prepared by my counsel will be filed concurrently with the memorandum of law.

4.      I understand that the Lead Plaintiff role includes directing counsel with respect to this litigation, after receiving the benefit of counsel's advice, in an effort to achieve the best

1

Docusign Envelope ID: 11F8B3F9-778E-4D55-94D0-B4BFCC8455AA

possible result for the Class.  I approved Pomerantz as my designated Lead Counsel.  I approved the filing of a motion on my behalf seeking appointment as Lead Plaintiff.

5.      I am aware that, as Lead Plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial, if necessary, and am empowered to authorize a potential settlement on behalf of the Class. I am willing to perform these duties on behalf of the Class.

6.      I understand that the Lead Plaintiff's share of any recovery is the same as every other potential Class member.  As my Certification states, I will not accept any payment for serving as a representative party beyond my *pro rata* share, except any reasonable costs and expenses directly related to the Class representation as ordered or approved by the Court pursuant to the PSLRA.

7.      I am aware that I have the right to select counsel as part of the lead plaintiff process. I have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation.  In this case, I selected Pomerantz to serve as Lead Counsel.  Based on Pomerantz's experience in achieving substantial recoveries in securities class actions, I believe that the firm is well-qualified to represent the Class.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Executed on this day of __12/16/2024__.

DocuSigned by:

1FB25314FA304E6...

Vanderlei Melchior

2