# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERET ISHAK, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WM TECHNOLOGY, INC. f/k/a SILVER SPIKE ACQUISITION CORP., CHRISTOPHER BEALS, ARDEN LEE, DOUGLAS FRANCIS, SUSAN ECHERD, MARY HOITT, SCOTT GORDON, WILLIAM HEALY, and GREGORY M. GENTILE, <br><br> Defendants. | Case No. 2:24-cv-08959-ODW-PVC <br><br> **ORDER GRANTING JOINT STIPULATION DEFERRING RESPONSE TO COMPLAINT** <br><br> Judge:    Hon. Otis D. Wright, II |

## ORDER

Having considered the Joint Stipulation filed by Plaintiff Seret Ishak ("Plaintiff") and Defendants WM Technology, Inc., Christopher Beals, Arden Lee, Douglas Francis, Susan Echerd, Mary Hoitt, Scott Gordon, William Healy, and Gregory M. Gentile (collectively, "Defendants," and together with Plaintiff, the "Parties"), the Court hereby **ORDERS** the following:

1.      Service of the summons and complaint on Defendants is hereby waived.

2.      Within fourteen (14) days of the entry of an order appointing Lead Plaintiff and approving Lead Counsel, Counsel for Defendants and Lead Counsel shall submit to the Court a proposed schedule for filing an amended or consolidated complaint or designating the operative complaint by the Lead Plaintiff and Defendants' response thereto.

3.      In light of the pending motions for appointment as Lead Plaintiff (Dkt. Dkt. 12-25), Defendants are not required to – and shall not waive any rights, arguments, or defenses by waiting to – answer, move, or otherwise respond to the Complaint until after the appointment of Lead Plaintiff and approval of Lead Counsel pursuant to 15 U.S.C. §78u-4(a)(3)(B) and after the filing an amended or consolidated complaint or designating the operative complaint by the Lead Plaintiff.

4.      This order is entered without prejudice to any party seeking any interim relief.

5.      Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections, or any other application to any court that a party may have with respect to the claims set forth in the Complaint, other than a defense to the sufficiency of service of the Complaint and summons.

**IT IS SO ORDERED.**

Dated: February 11, 2025

_____
Honorable Otis D. Wright, II
United States District Court Judge

**ORDER GRANTING JOINT STIPULATION DEFERRING RESPONSE**
2:24-CV-08959-ODW-PVC