COOLEY LLP
SARAH M. LIGHTDALE (*pro hac vice*)
(slightdale@cooley.com)
55 Hudson Yards
New York, New York 10001
Telephone: +1 212 479 6000
Facsimile: +1 212 479 5275

ALEXANDRA R. MAYHUGH (300446)
(amayhugh@cooley.com)
MAXIMILIAN SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
NICHOLAS R. ORR (334142)
(norr@cooley.com)
355 S. Grand Avenue
Los Angeles, California 90071
Telephone: +1 213 561 3250
Facsimile: +1 213 561 3244

HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
LINH K. NGUYEN (305737)
(lknguyen@cooley.com
10265 Science Center Drive
San Diego, California 92121
Telephone: +1 858 550 6000
Facsimile: +1 858 550 6420

*Attorneys for Defendants*

[*Additional counsel listed on signatory page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERET ISHAK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WM TECHNOLOGY, INC. f/k/a SILVER SPIKE ACQUISITION CORP., CHRISTOPHER BEALS, ARDEN LEE, DOUGLAS FRANCIS, SUSAN ECHERD, MARY HOITT, SCOTT GORDON, WILLIAM HEALY, and GREGORY M. GENTILE<br><br>Defendants. | Case No. 2:24-cv-08959-ODW-PVC<br><br>**STIPULATION REGARDING VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS DOUGLAS FRANCIS, SUSAN ECHERD, AND MARY HOITT PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Lead Plaintiff Jay Kang ("Lead Plaintiff") and additional named plaintiffs Mark Schanerman and Rickey Blackman (together with Lead Plaintiff, "Plaintiffs") and Defendants WM Technology, Inc. ("WM Technology"), Christopher Beals ("Beals"), Arden Lee ("Lee"), Scott Gordon ("Gordon"), William Healy ("Healy"), Gregory M. Gentile ("Gentile"), Douglas Francis ("Francis"), Susan Echerd ("Echerd"), and Mary Hoitt ("Hoitt") (collectively "Defendants" and together with Plaintiffs, the "Parties"), through their respective undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, on October 17, 2024 plaintiff Seret Ishak filed a Class Action Complaint for Violations of the Federal Securities Laws asserting claims pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against all Defendants (ECF No. 1);

WHEREAS, on March 11, 2025 the Court entered an Order appointing Jay Kang as Lead Plaintiff and The Rosen Law Firm, P.A. as lead counsel pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. §78u-4 (ECF No. 44);

WHEREAS, on March 19, 2025 the Parties filed a Joint Stipulation regarding an amended complaint and motion to dismiss briefing schedule, stating that Lead Plaintiff shall file and serve an Amended Complaint or designate an operative complaint on or before May 12, 2025, and that Defendants shall file and serve their Motion to Dismiss, if any, and their opening brief in support of such motion, if any, on or before July 11, 2025 (ECF No. 47);

WHEREAS, on May 12, 2025 Plaintiffs filed the operative Amended Class Action Complaint (the "AC") (ECF No. 48);

WHEREAS, the AC listed all Defendants in the caption, but only alleged claims against defendants WM Technology, Beals, Lee, Gordon, Healy, and Gentile, and did not allege claims against defendants Francis, Echerd, or Hoitt;

WHEREAS, on July 3, 2025, prior to filing Defendants' anticipated motion to dismiss, per Civil Local Rule 7-3 and Judge Wright's standing order, counsel for

Defendants met and conferred with counsel for Plaintiffs to discuss the substance of the contemplated motion and any potential resolution (the "meet-and-confer");

WHEREAS, during the July 3, 2025 meet-and-confer, counsel for Plaintiffs confirmed that the AC does not assert claims against defendants Francis, Echerd, or Hoitt;

WHEREAS, the Parties have agreed that the AC should therefore be dismissed without prejudice as to defendants Francis, Echerd, and Hoitt;

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as follows: Plaintiffs voluntarily dismiss, without prejudice, all claims in the AC as to defendants Douglas Francis, Susan Echerd, and Mary Hoitt. Plaintiffs and defendants Douglas Francis, Susan Echerd, and Mary Hoitt agree to bear their own costs and attorneys' fees.

Dated: July 11, 2025          COOLEY LLP


By: /s/ *Alexandra R. Mayhugh*
Alexandra R. Mayhugh

Attorneys for Defendants


Dated: July 11, 2025          THE ROSEN LAW FIRM, P.A.


By: /s/ *Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimilie: (213) 226-4684
Email: lrosen@rosenlegal.com

Attorneys for Plaintiffs

COOLEY LLP
ATTORNEYS AT LAW
NEW YORK

3

STIPULATION REGARDING VOLUNTARY
DISMISSAL WITHOUT PREJUDICE
2:24-CV-08959-ODW-PVC

## <u>SIGNATURE CERTIFICATION</u>

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable, and I have obtained authorization of all signatories to affix the above electronic signatures.

By: /s/ *Alexandra R. Mayhugh*
Alexandra R. Mayhugh

COOLEY LLP
ATTORNEYS AT LAW
NEW YORK

4

STIPULATION REGARDING VOLUNTARY
DISMISSAL WITHOUT PREJUDICE
2:24-CV-08959-ODW-PVC