COOLEY LLP
SARAH M. LIGHTDALE (*pro hac vice*)
(slightdale@cooley.com)
55 Hudson Yards
New York, New York 10001
Telephone: +1 212 479 6000
Facsimile: +1 212 479 5275

ALEXANDRA R. MAYHUGH (300446)
(amayhugh@cooley.com)
MAXIMILIAN SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
NICHOLAS R. ORR (334142)
(norr@cooley.com)
355 S. Grand Avenue, Suite 900
Los Angeles, California 90071
Telephone: +1 213 561 3250
Facsimile: +1 213 561 3244

HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
LINH K. NGUYEN (305737)
(lknguyen@cooley.com
10265 Science Center Drive
San Diego, California 92121
Telephone: +1 858 550 6000
Facsimile: +1 858 550 6420

*Attorneys for Defendants WM Technology, Inc.,*
*Christopher Beals, and Arden Lee*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERET ISHAK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WM TECHNOLOGY, INC. f/k/a SILVER SPIKE ACQUISITION CORP., CHRISTOPHER BEALS, ARDEN LEE, DOUGLAS FRANCIS, SUSAN ECHERD, MARY HOITT, SCOTT GORDON, WILLIAM HEALY, and GREGORY M. GENTILE<br><br>Defendants. | Case No. 2:24-cv-08959-ODW-PVC<br><br>**WM TECHNOLOGY DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**<br><br>Date:     November 10, 2025<br>Time:     1:30 p.m.<br>Dept:     Courtroom 5D, 5th Fl.<br>Judge:    Hon. Otis D. Wright, II |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 10, 2025 at 1:30 p.m. in Courtroom 5D of the above-captioned court, located at 350 W. 1st Street, 5th Floor, Los Angeles, California 90012, or as soon thereafter as the matter may be heard, Defendants WM Technology, Inc., Christopher Beals, and Arden Lee ("WM Technology Defendants") will, and hereby do, move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.* ("PSLRA"), for an order dismissing Plaintiffs' Amended Class Action Complaint (the "AC") (ECF No. 48) with prejudice for failure to state a claim upon which relief can be granted.

- **Count I** asserts a claim under Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5(b) promulgated thereunder, against WM Technology, Inc., Christopher Beals, and Arden Lee. This claim should be dismissed because (i) the claim is time-barred under the applicable statute of limitations; (ii) Plaintiffs fail to plead a materially false or misleading statement; and (iii) Plaintiffs fail to plead a strong inference of scienter. If not dismissed in full, the claim should nonetheless be limited because Plaintiffs fail to plead loss causation for two of the three alleged corrective disclosures.

- **Count II** asserts a claim under Section 10(b) of the Exchange Act and Rules 10b-5(a) and (c) promulgated thereunder, against Christopher Beals and Arden Lee. This claim should be dismissed because (i) the claim is time-barred under the applicable statute of limitations; (ii) Plaintiffs fail to plead actionable conduct; and (iii) Plaintiffs fail to plead a strong inference of scienter.

- **Count III** asserts a claim under Section 20(a) of the Exchange Act against Christopher Beals, Arden Lee, Scott Gordon, William Healy,

Cooley LLP
Attorneys at Law

WM Tech. Defs' Notice of Motion
and Motion to Dismiss
2:24-cv-08959-ODW-PVC

and Gregory M. Gentile.[1] This claim should be dismissed because Plaintiffs fail to plead a primary violation under Section 10(b).

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities in Support of WM Technology Defendants' Motion to Dismiss the Amended Class Action Complaint, the Request for Judicial Notice and Incorporation by Reference, the Declaration of Alexandra R. Mayhugh and attached exhibits, all records and papers on file in this matter, and any evidence or oral argument offered at any hearing on this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 3, 2025.

Dated: July 11, 2025                              COOLEY LLP

                                                  */s/ Alexandra R. Mayhugh*
                                                  Alexandra R. Mayhugh

                                                  *Attorneys for Defendants WM Technology, Inc., Christopher Beals, and Arden Lee*

---

[1] Scott Gordon, William Healy, and Gregory M. Gentile ("Silver Spike Defendants") are jointly represented by Cooley LLP and Davis Polk & Wardwell LLP. This Motion is not on behalf of the Silver Spike Defendants. However, Davis Polk & Wardwell LLP is filing a separate Motion to Dismiss on behalf of the Silver Spike Defendants that joins the arguments in this Motion to Dismiss and includes additional arguments unique to the Silver Spike Defendants.

Cooley LLP
Attorneys at Law

- 2 -

WM Tech. Defs' Notice of Motion
and Motion to Dismiss
2:24-cv-08959-ODW-PVC