UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERET ISHAK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WM TECHNOLOGY, INC. f/k/a SILVER SPIKE ACQUISITION CORP., CHRISTOPHER BEALS, ARDEN LEE, DOUGLAS FRANCIS, SUSAN ECHERD, MARY HOITT, SCOTT GORDON, WILLIAM HEALY, and GREGORY M. GENTILE<br><br>Defendants. | Case No. 2:24-cv-08959-ODW-PVC<br><br>**[PROPOSED] ORDER GRANTING WM TECHNOLOGY DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**<br><br>Date:     November 10, 2025<br>Time:     1:30 p.m.<br>Dept:     Courtroom 5D, 5th Fl.<br>Judge:    Hon. Otis D. Wright, II |

**[PROPOSED] ORDER GRANTING WM TECHNOLOGY DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

WM Technology Defendants' Motion to Dismiss the Amended Class Action Complaint ("Motion to Dismiss") came on for hearing before this Court on November 10, 2025 at 1:30 PM. Having read and considered the Motion to Dismiss, the papers filed in support of and in opposition to the Motion to Dismiss, arguments by counsel, and all other records and papers on file in this action, including any evidence thereon as permitted by the relevant authority, this Court finds that there is good cause to GRANT the Motion to Dismiss.

THEREFORE, IT IS ORDERED that:

1. WM Technology Defendants' Motion to Dismiss is GRANTED.

2. Plaintiffs' Amended Class Action Complaint is DISMISSED WITH PREJUDICE.

Dated: ____, 2025

_____
Hon. Otis D. Wright, II
United States District Judge