COOLEY LLP
SARAH M. LIGHTDALE (*pro hac vice*)
(slightdale@cooley.com)
55 Hudson Yards
New York, New York 10001
Telephone: +1 212 479 6000
Facsimile: +1 212 479 5275

ALEXANDRA R. MAYHUGH (300446)
(amayhugh@cooley.com)
MAXIMILIAN SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
NICHOLAS R. ORR (334142)
(norr@cooley.com)
355 S. Grand Avenue, Suite 900
Los Angeles, California 90071
Telephone: +1 213 561 3250
Facsimile: +1 213 561 3244

HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
LINH K. NGUYEN (305737)
(lknguyen@cooley.com
10265 Science Center Drive
San Diego, California 92121
Telephone: +1 858 550 6000
Facsimile: +1 858 550 6420

*Attorneys for Defendants WM Technology, Inc.,*
*Christopher Beals, and Arden Lee*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERET ISHAK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WM TECHNOLOGY, INC. f/k/a SILVER SPIKE ACQUISITION CORP., CHRISTOPHER BEALS, ARDEN LEE, DOUGLAS FRANCIS, SUSAN ECHERD, MARY HOITT, SCOTT GORDON, WILLIAM HEALY, and GREGORY M. GENTILE<br><br>Defendants. | Case No. 2:24-cv-08959-ODW-PVC<br><br>**DECLARATION OF ALEXANDRA R. MAYHUGH IN SUPPORT OF WM TECHNOLOGY DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**<br><br>Date:      November 10, 2025<br>Time:      1:30 p.m.<br>Dept:      Courtroom 5D, 5th Fl.<br>Judge:    Hon. Otis D. Wright, II |

I, Alexandra R. Mayhugh, hereby declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California. I am a partner at Cooley LLP, counsel for Defendants WM Technology, Inc. ("WM Technology"), Christopher Beals, and Arden Lee (collectively, the "WM Technology Defendants," or "Defendants"). I submit this declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint ("Motion to Dismiss").  I have personal knowledge of the following and, if called as a witness, could and would competently testify thereto.

2.      Attached as **Exhibit A** is a true and correct excerpted copy of WM Technology's Form S-4/A, filed with the Securities and Exchange Commission ("SEC") on May 25, 2021.  The complete Form S-4/A is publicly available on the SEC's website at https://www.sec.gov/Archives/edgar/data/1779474/0001140361 21018618/nt10018014x9_s4a.htm.

3.      Attached as **Exhibit B** is a true and correct excerpted copy of WM Technology's Proxy Statement/Prospectus, filed with the SEC on May 26, 2021 on Form 424B3.  The complete Form 424B3 is publicly available on the SEC's website at        https://www.sec.gov/Archives/edgar/data/1779474/000114036121018872/nt 10018014x10_424b3.htm.

4.      Attached as **Exhibit C** is a true and correct copy of WM Technology's Press Release titled "WM Technology, Inc. Reports Second Quarter 2021 Financial Results and Affirms 2021 Outlook," filed with the SEC on August 12, 2021 as Exhibit 99.1 to Form 8-K. This Form 8-K is publicly available on the SEC's website at  https://www.sec.gov/Archives/edgar/data/1779474/000177947421000013/maps-20210812.htm.

5.      Attached as **Exhibit D** is a true and correct excerpted copy of WM Technology's Form 10-Q, filed with the SEC on August 13, 2021.  The complete Form     10-Q     is     publicly     available     on     the     SEC's     website     at

https://www.sec.gov/ix?doc=/Archives/edgar/data/0001779474/000177947421000016/maps-20210630.htm.

6.     Attached as **Exhibit E** is a true and correct copy of a transcript of WM Technology's Third Quarter 2021 Earnings Call, held on November 11, 2021.

7.     Attached as **Exhibit F** is a true and correct copy of WM Technology's Press Release titled "WM Technology, Inc. Reports Third Quarter 2021 Financial Results," filed with the SEC on November 12, 2021 as Exhibit 99.1 to Form 8-K. This Form 8-K is publicly available at https://www.sec.gov/Archives/edgar/data/1779474/000177947421000025/maps-20211111.htm.

8.     Attached as **Exhibit G** is a true and correct excerpted copy of WM Technology's Form 10-Q, filed with the SEC on November 12, 2021.  The complete Form 10-Q is publicly available on the SEC's website at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001779474/000177947421000027/maps-20210930.htm.

9.     Attached as **Exhibit H** is a true and correct copy of WM Technology's Press Release titled "WM Technology, Inc. Reports Fourth Quarter and Full Year 2021 Financial Results," filed with the SEC on February 23, 2022 as Exhibit 99.1 to Form 8-K.  This Form 8-K is publicly available on the SEC's website at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001779474/000177947422000005/maps-20220223.htm.

10.     Attached as **Exhibit I** is a true and correct copy of a transcript of WM Technology's Fourth Quarter 2021 Earnings Call, held on February 23, 2022.

11.     Attached as **Exhibit J** is a true and correct excerpted copy of WM Technology's 2021 Form 10-K, filed with the SEC on February 25, 2022.  The complete Form 10-K is publicly available on the SEC's website at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001779474/000177947422000010/maps-20211231.htm.

12. Attached as **Exhibit K** is a true and correct copy of WM Technology's Press Release titled "WM Technology, Inc. Reports First Quarter 2022 Financial Results," filed with the SEC on May 4, 2022 as Exhibit 99.1 to Form 8-K. This Form 8-K is publicly available on the SEC's website at https://www.sec.gov/Archives/edgar/data/1779474/000177947422000016/maps-20220504.htm.

13. Attached as **Exhibit L** is a true and correct copy of a transcript of WM Technology's First Quarter 2022 Earnings Call, held on May 4, 2022.

14. Attached as **Exhibit M** is a true and correct excerpted copy of WM Technology's Form 10-Q, filed with the SEC on May 6, 2022. The complete Form 10-Q is publicly available on the SEC's website at https://www.sec.gov/Archives/edgar/data/1779474/000177947422000022/maps-20220331.htm.

15. Attached as **Exhibit N** is a true and correct excerpted copy of WM Technology's Form 10-Q, filed with the SEC on August 9, 2022. The complete Form 10-Q is publicly available on the SEC's website at https://www.sec.gov/Archives/edgar/data/1779474/000177947422000058/maps-20220630.htm.

16. Attached as **Exhibit O** is a true and correct copy of the transcript of WM Technology's Second Quarter 2022 Earnings Call, held on August 9, 2022.

17. Attached as **Exhibit P** is a true and correct copy of WM Technology's Press Release titled "WM Technology, Inc. Reports Second Quarter 2022 Financial Results," filed with the SEC on August 9, 2022 as Exhibit 99.1 to Form 8-K. This Form 8-K is publicly available on the SEC's website at https://www.sec.gov/Archives/edgar/data/1779474/000177947422000056/wmtechnologyincformearning.htm.

18. Attached as **Exhibit Q** is a true and correct excerpted copy of WM Technology's Form 10-Q, filed with the SEC on November 8, 2022. The complete Form 10-Q is publicly available on the SEC's website at

https://www.sec.gov/ix?doc=/Archives/edgar/data/0001779474/000177947422000084/maps-20220930.htm.

19.    Attached as **Exhibit R** is a true and correct excerpted copy of WM Technology's 2022 Form 10-K, filed with the SEC on March 16, 2023.  The complete Form 10-K is publicly available on the SEC's website at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001779474/000177947423000023/maps-20221231.htm.

20.    Attached as **Exhibit S** is a true and correct copy of WM Technology's Form 8-K, filed with the SEC on July 7, 2023. This Form 8-K is publicly available on the SEC's website at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001779474/000177947423000049/maps-20230630.htm.

21.    Attached as **Exhibit T** is a true and correct excerpted copy of WM Technology's Form 10-Q, filed with the SEC on November 8, 2023.  The complete Form 10-Q is publicly available on the SEC's website at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001779474/000177947423000076/maps-20230930.htm.

22.    Attached as **Exhibit U** is a true and correct excerpted copy of WM Technology's Form 10-K, filed with the SEC on May 24, 2024.  The complete Form 10-K is publicly available on the SEC's website at https://www.sec.gov/Archives/edgar/data/1779474/000177947424000023/maps-20231231.htm.

23.    Attached as **Exhibit V** is a true and correct copy of WM Technology's Form 8-K, filed with the SEC on July 25, 2024.  This Form 8-K is publicly available on the SEC's website at https://www.sec.gov/Archives/edgar/data/1779474/000177947424000033/maps-20240722.htm.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

COOLEY LLP
ATTORNEYS AT LAW
NEW YORK

- 4 -

MAYHUGH DECL. ISO MTD
2:24-CV-08959-ODW-PVC

Executed on July 11, 2025, in Los Angeles, California.

/s/ Alexandra R. Mayhugh
Alexandra R. Mayhugh

*Attorneys for WM Technology, Inc., Christopher Beals, and Arden Lee*

COOLEY LLP
ATTORNEYS AT LAW
NEW YORK

- 5 -

**MAYHUGH DECL. ISO MTD
2:24-CV-08959-ODW-PVC**