**Table of Contents**

**Exhibits Attached to the Declaration of Alexandra R. Mayhugh
in Support of Defendants' Motion to Dismiss
the Amended Class Action Complaint**

| Ex. | Document Description | Pages |
|---|---|---|
| | Declaration of Alexandra R. Mayhugh in Support of Defendants' Motion to Dismiss | 1-6 |
| | Table of Contents | 7-8 |
| A | Excerpts of WM Technology's Registration Statement, filed on Form S-4/A with the Securities and Exchange Commission ("SEC") on May 25, 2021 | 9-84 |
| B | Excerpts of WM Technology's Proxy Statement/Prospectus, filed on Form 424B3 with the SEC on May 26, 2021 | 85-156 |
| C | WM Technology's Press Release titled "WM Technology, Inc. Reports Second Quarter 2021 Financial Results and Affirms 2021 Outlook," filed with the SEC on August 12, 2021 as Exhibit 99.1 to Form 8-K | 157-174 |
| D | Excerpts of WM Technology's Form 10-Q, filed with the SEC on August 13, 2021 | 175-213 |
| E | Transcript of WM Technology's Earnings Call for the third fiscal quarter of 2021 on November 11, 2021, published by S&P Global Market Intelligence | 214-232 |
| F | WM Technology's Press Release titled "WM Technology, Inc. Reports Third Quarter 2021 Financial Results," filed with the SEC on November 12, 2021 as Exhibit 99.1 to Form 8-K | 233-247 |
| G | Excerpts of WM Technology's Form 10-Q, filed with the SEC on November 12, 2021 | 248-259 |
| H | WM Technology's Press Release titled "WM Technology, Inc. Reports Fourth Quarter and Full Year 2021 Financial Results," filed with the SEC on February 23, 2022 as Exhibit 99.1 to Form 8-K | 260-279 |
| I | Transcript of WM Technology's Earnings Call for the fourth fiscal quarter of 2021 on February 23, 2022, published by S&P Global Market Intelligence | 280-296 |
| J | Excerpts of WM Technology's 2021 Form 10-K, filed with the SEC on February 25, 2022 | 297-344 |

| Ex. | DOCUMENT DESCRIPTION | PAGES |
|---|---|---|
| K | WM Technology's Press Release titled "WM Technology, Inc. Reports First Quarter 2022 Financial Results," filed with the SEC on May 4, 2022 as Exhibit 99.1 to Form 8-K | 345-363 |
| L | Transcript of WM Technology's Earnings Call for the first fiscal quarter of 2022 on May 4, 2022, published by S&P Global Market Intelligence | 364-382 |
| M | Excerpts of WM Technology's Form 10-Q, filed with the SEC on May 6, 2022 | 383-394 |
| N | Excerpts of WM Technology's Form 10-Q, filed with the SEC on August 9, 2022 | 395-410 |
| O | Transcript of WM Technology's Earnings Call for the second fiscal quarter of 2022 on August 9, 2022, published by S&P Global Market Intelligence | 411-429 |
| P | WM Technology's Press Release titled "WM Technology, Inc. Reports Second Quarter 2022 Financial Results," filed with the SEC on August 9, 2022 as Exhibit 99.1 to Form 8-K | 430-449 |
| Q | Excerpts of WM Technology's Form 10-Q, filed with the SEC on November 8, 2022 | 450-464 |
| R | Excerpts of WM Technology's 2022 Form 10-K, filed with the SEC on March 16, 2023 | 465-516 |
| S | WM Technology's Form 8-K, filed with the SEC on July 7, 2023 | 517-520 |
| T | Excerpts of WM Technology's Form 10-Q, filed with the SEC on November 8, 2023 | 521-534 |
| U | Excerpts of WM Technology's 2023 Form 10-K, filed with the SEC on May 24, 2024 | 535-567 |
| V | WM Technology's Form 8-K, filed with the SEC on July 25, 2024 | 568-571 |