# Exhibit S

## UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): June 30, 2023

# WM TECHNOLOGY, INC.
(Exact name of registrant as specified in its charter)

| **Delaware** | **001-39021** | **98-1605615** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| **41 Discovery** | |
|---|---|
| **Irvine, California** | **92618** |
| (Address of principal executive offices) | (Zip Code) |

**(844) 933-3627**
(Registrant's telephone number, including area code)
**N/A**
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligations of the registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240-13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, $0.0001 par value per share | MAPS | The Nasdaq Global Select Market |
| Warrants, each whole warrant exercisable for one share of Class A Common Stock at an exercise price of $11.50 per share | MAPSW | The Nasdaq Global Select Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 5.02 Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers**

On June 30, 2023, Arden Lee, the Chief Financial Officer of WM Technology, Inc. (the "Company"), tendered his resignation from his role as Chief Financial Officer, effective July 14, 2023. Mr. Lee is leaving the Company to pursue another business opportunity.

Mr. Lee's resignation was not the result of any disagreement between Mr. Lee and the Company, its management, board of directors or any committee thereof, or with respect to any matter relating to the Company's operations, policies or practices.

The Board of Directors of the Company has commenced a search for an interim Chief Financial Officer. The Company expects to provide an update on its search for an interim Chief Financial Officer on or before its second quarter earnings conference call after market close on Tuesday, August 8, 2023.

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Dated: July 07, 2023

**WM TECHNOLOGY, INC.**

By:   /s/ Douglas Francis
      Douglas Francis
      Executive Chair
