UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SERET ISHAK, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

WM TECHNOLOGY, INC. f/k/a SILVER SPIKE ACQUISITION CORP., CHRISTOPHER BEALS, ARDEN LEE, DOUGLAS FRANCIS, SUSAN ECHERD, MARY HOITT, SCOTT GORDON, WILLIAM HEALY, and GREGORY M. GENTILE

Defendants.

Case No. 2:24-cv-08959-ODW-PVC

**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF WM TECHNOLOGY DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

Date:       November 10, 2025
Time:       1:30 p.m.
Dept:       Courtroom 5D, 5th Fl.
Judge:      Hon. Otis D. Wright, II

**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF WM TECHNOLOGY DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

WM Technology Defendants' Request for Judicial Notice and Incorporation by Reference in support of their Motion to Dismiss the Amended Class Action Complaint (the "Request") came on for hearing before this Court on November 10, 2025 at 1:30 PM. Having read and considered the Request, arguments by counsel, and all other records and papers on file in this action, including any evidence thereon as permitted by the relevant authority, this Court finds that there is good cause to GRANT the Request in full.

THEREFORE, IT IS ORDERED that the WM Technology Defendants' Request for Judicial Notice and Incorporation by Reference is GRANTED.

Dated: _____, 2025

_____
Hon. Otis D. Wright, II
United States District Judge