DAVIS POLK & WARDWELL LLP
EDMUND POLUBINSKI (*pro hac vice*)
DANIEL J. SCHWARTZ (*pro hac vice*)
MARIE KILLMOND (*pro hac vice*)
MARY KATE SHERWOOD (*pro hac vice*)
(edmund.polubinski@davispolk.com)
(daniel.schwartz@davispolk.com)
(marie.killmond@davispolk.com)
(mary.sherwood@davispolk.com)
450 Lexington Ave.
New York, New York 10017
Telephone: +1 212 450 4000
Facsimile: +1 212 450 5000

MANDAVIA EPHRAIM & BURG LLP
ANJANI MANDAVIA (SBN 94092)
(amandavia@mandaviallp.com)
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: +1 310 556 9694

*Attorneys for Scott Gordon,*
*William Healy, and Gregory Gentile*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERET ISHAK, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WM TECHNOLOGY, INC. f/k/a SILVER SPIKE ACQUISITION CORP., CHRISTOPHER BEALS, ARDEN LEE, DOUGLAS FRANCIS, SUSAN ECHERD, MARY HOITT, SCOTT GORDON, WILLIAM HEALY, and GREGORY M. GENTILE <br><br> Defendants. | Case No. 2:24-cv-08959-ODW-PVC <br><br> **SILVER SPIKE INDIVIDUALS' NOTICE OF MOTION AND MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT** <br><br> Date:   October 27, 2025 <br> Time:   1:30 p.m. <br> Dept:   Courtroom 5D, 5th Fl. <br> Judge:  Hon. Otis D. Wright, II |

PLEASE TAKE NOTICE that on October 27, 2025 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 5D, 5th Floor, 350 W. 1st Street, Los Angeles, CA 90012, defendants Scott Gordon, William Healy, and Gregory Gentile (together, the "Silver Spike Individuals") will and hereby do move the Court for an order dismissing Count III of the Amended Class Action Complaint against the Silver Spike Individuals.  This motion is made following several conferences of counsel pursuant to L.R. 7-3, which took place on April 4, May 7, July 3, and July 9, 2025.

Defendants move to dismiss pursuant to Federal Rules of Civil Procedure 8(a), 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995 on the grounds that Plaintiffs fail to state a claim for violation of Section 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78t(a). This motion is based on this Notice of Motion, the supporting Memorandum of Points and Authorities, the Declaration of Edmund Polubinski and accompanying exhibits, the Request for Judicial Notice, other materials in the record, the arguments contained in the briefing submitted by WM Technology, Inc., Christopher Beals, and Arden Lee to the extent applicable to the Silver Spike Individuals, argument of counsel, and such other matters as the Court may consider.

Dated: July 11, 2025

By: */s/ Edmund Polubinski*
Edmund Polubinski

DAVIS POLK & WARDWELL LLP
EDMUND POLUBINSKI (*pro hac vice*)
DANIEL J. SCHWARTZ (*pro hac vice*)
MARIE KILLMOND (*pro hac vice*)
MARY KATE SHERWOOD (*pro hac vice*)
(edmund.polubinski@davispolk.com)
(daniel.schwartz@davispolk.com)
(marie.killmond@davispolk.com)
(mary.sherwood@davispolk.com)
450 Lexington Ave.
New York, New York 10017
Telephone: +1 212 450 4000
Facsimile: +1 212 450 5000

MANDAVIA EPHRAIM & BURG LLP
ANJANI MANDAVIA (SBN 94092)
(amandavia@mandaviallp.com)
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: +1 310 556 9694

*Attorneys for Scott Gordon,*
*William Healy, and Gregory Gentile*