DAVIS POLK & WARDWELL LLP
EDMUND POLUBINSKI (*pro hac vice*)
DANIEL J. SCHWARTZ (*pro hac vice*)
MARIE KILLMOND (*pro hac vice*)
MARY KATE SHERWOOD (*pro hac vice*)
(edmund.polubinski@davispolk.com)
(daniel.schwartz@davispolk.com)
(marie.killmond@davispolk.com)
(mary.sherwood@davispolk.com)
450 Lexington Ave.
New York, New York 10017
Telephone: +1 212 450 4000
Facsimile: +1 212 450 5000

MANDAVIA EPHRAIM & BURG LLPG
ANJANI MANDAVIA (SBN 94092)
(amandavia@mandaviallp.com)
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: +1 310 556 9694

*Attorneys for Scott Gordon,*
*William Healy, and Gregory Gentile*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERET ISHAK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WM TECHNOLOGY, INC. f/k/a SILVER SPIKE ACQUISITION CORP., CHRISTOPHER BEALS, ARDEN LEE, DOUGLAS FRANCIS, SUSAN ECHERD, MARY HOITT, SCOTT GORDON, WILLIAM HEALY, and GREGORY M. GENTILE<br><br>Defendants. | Case No. 2:24-cv-08959-ODW-PVC<br><br>**DECLARATION OF EDMUND POLUBINSKI IN SUPPORT OF (1) THE SILVER SPIKE INDIVIDUALS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT AND (2) THE SILVER SPIKE INDIVIDUALS' REQUEST FOR CONSIDERATION OF DOCUMENTS AND JUDICIAL NOTICE**<br><br>Date:     October 27, 2025<br>Time:     1:30 p.m.<br>Dept:     Courtroom 5D, 5th Fl.<br>Judge:    Hon. Otis D. Wright, II |

**DECLARATION OF**
**EDMUND POLUBINSKI**
**2:24-CV-08959-ODW-PVC**

I, Edmund Polubinski, hereby declare as follows:

1.    I am an attorney licensed to practice law in the state of New York, and I have been admitted to practice *pro hac vice* before this Court.  I am an attorney at Davis Polk & Wardwell LLP, counsel for Defendants Scott Gordon, William Healy, and Gregory M. Gentile (collectively, the "Silver Spike Individuals"), in the above-captioned action. I submit this declaration in support of the Silver Spike Individuals' Motion to Dismiss the Amended Class Action Complaint and Request for Consideration of Documents and Judicial Notice. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the Proxy Statement/Prospectus ("Proxy") that Silver Spike Acquisition Corp. ("Silver Spike") filed with the Securities Exchange Commission ("SEC") on Form 424(B)(3) on May 26, 2021.  Plaintiffs' Amended Class Action Complaint (the "AC") incorporates the Proxy by reference at Paragraphs 35, 37, and 39, among others.

3.    Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the Registration Statement (Amended) (the "Registration Statement") that Silver Spike filed with the SEC on Form S-4 on May 25, 2021.  The AC incorporates the Proxy by reference at Paragraphs 35, 37, and 39, among others.

4.    Attached hereto as **Exhibit 3** is the Current Report that Silver Spike filed with the SEC on Form 8-K on June 2, 2021 (the "8-K").  The 8-K supplemented the Proxy with additional information.  Because the 8-K forms part of the Proxy, which is incorporated by reference into the AC, the 8-K is also incorporated by reference in the AC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**DECLARATION OF
EDMUND POLUBINSKI
2:24-CV-08959-ODW-PVC**

Executed on this 11th day of July, 2025, in New York, New York.

*/s/ Edmund Polubinski*
Edmund Polubinski