DAVIS POLK & WARDWELL LLP
EDMUND POLUBINSKI (*pro hac vice*)
DANIEL J. SCHWARTZ (*pro hac vice*)
MARIE KILLMOND (*pro hac vice*)
MARY KATE SHERWOOD (*pro hac vice*)
(edmund.polubinski@davispolk.com)
(daniel.schwartz@davispolk.com)
(marie.killmond@davispolk.com)
(mary.sherwood@davispolk.com)
450 Lexington Ave.
New York, New York 10017
Telephone: +1 212 450 4000
Facsimile: +1 212 450 5000

MANDAVIA EPHRAIM & BURG LLP
ANJANI MANDAVIA (SBN 94092)
(amandavia@mandaviallp.com)
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: +1 310 556 9694

*Attorneys for Scott Gordon,*
*William Healy, and Gregory Gentile*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERET ISHAK, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WM TECHNOLOGY, INC. f/k/a SILVER SPIKE ACQUISITION CORP., CHRISTOPHER BEALS, ARDEN LEE, DOUGLAS FRANCIS, SUSAN ECHERD, MARY HOITT, SCOTT GORDON, WILLIAM HEALY, and GREGORY M. GENTILE <br><br> Defendants. | Case No. 2:24-cv-08959-ODW-PVC <br><br> **[PROPOSED] ORDER GRANTING THE SILVER SPIKE INDIVIDUALS' REQUEST FOR CONSIDERATION OF DOCUMENTS AND JUDICIAL NOTICE** <br><br> Dept:    Courtroom 5D, 5th Fl. <br> Judge:    Hon. Otis D. Wright, II |

Before the Court is Defendants Scott Gordon, William Healy, and Gregory Gentile's (together, the "Silver Spike Individuals") Request for Judicial Notice in Support of Their Motion to Dismiss the Amended Class Action Complaint.

Having considered the Request, related briefing, and relevant authorities, the Court **GRANTS** the Request as follows:

1. The Court will take judicial notice of Exhibit 1 to the Declaration of Edmund Polubinski, consisting of the Proxy Statement/Prospectus that Silver Spike Acquisition Corp. ("Silver Spike") filed with the Securities Exchange Commission ("SEC") on Form 424(B)(3) on May 26, 2021.

2. The Court will take judicial notice of Exhibit 2 to the Declaration of Edmund Polubinski, consisting of the Registration Statement (Amended) that Silver Spike filed with the SEC on Form S-4 on May 25, 2021.

3. The Court will take judicial notice of Exhibit 3 to the Declaration of Edmund Polubinski, consisting of the Current Report that Silver Spike filed with the SEC on Form 8-K on June 2, 2021.

It is hereby **ORDERED** that the Court takes judicial notice of Dkt. No. \_\_\_\_, Attachment Nos. 1, 2, and 3.

**IT IS SO ORDERED.**

Dated: _____        _____
                                          Honorable Otis D. Wright, II
                                          United States District Judge

2