DAVIS POLK & WARDWELL LLP
EDMUND POLUBINSKI (*pro hac vice*)
DANIEL J. SCHWARTZ (*pro hac vice*)
MARIE KILLMOND (*pro hac vice*)
MARY KATE SHERWOOD (*pro hac vice*)
(edmund.polubinski@davispolk.com)
(daniel.schwartz@davispolk.com)
(marie.killmond@davispolk.com)
(mary.sherwood@davispolk.com)
450 Lexington Ave.
New York, New York 10017
Telephone: +1 212 450 4000
Facsimile: +1 212 450 5000

MANDAVIA EPHRAIM & BURG LLP
ANJANI MANDAVIA (SBN 94092)
(amandavia@mandaviallp.com)
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: +1 310 556 9694

*Attorneys for Scott Gordon,*
*William Healy, and Gregory Gentile*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERET ISHAK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WM TECHNOLOGY, INC. f/k/a SILVER SPIKE ACQUISITION CORP., CHRISTOPHER BEALS, ARDEN LEE, DOUGLAS FRANCIS, SUSAN ECHERD, MARY HOITT, SCOTT GORDON, WILLIAM HEALY, and GREGORY M. GENTILE<br><br>Defendants. | Case No. 2:24-cv-08959-ODW-PVC<br><br>**[PROPOSED] ORDER GRANTING THE SILVER SPIKE INDIVIDUALS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**<br><br>Dept:       Courtroom 5D, 5th Fl.<br>Judge:      Hon. Otis D. Wright, II |

The Motion to Dismiss the Amended Class Action Complaint, Dkt. No. 48 (the "Amended Complaint") filed by Defendants Scott Gordon, William Healy, and Gregory Gentile (together, the "Silver Spike Individuals") came on for hearing before the Honorable Otis D. Wright, II on October 7, 2025 at 1:30 p.m. in Courtroom 5D.

Having considered the motion and all supporting papers and opposition papers and having heard the argument of counsel, IT IS HEREBY ORDERED that:

1.    The Silver Spike Individuals' Motion to Dismiss the Amended Complaint is GRANTED; and

2.    All claims against the Silver Spike Individuals in the Amended Complaint are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____          _____
                                Honorable Otis D. Wright, II
                                United States District Judge

2