UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:24-cv-08959-ODW (PVCx) | Date | July 14, 2025 |
|---|---|---|---|
| Title | *Seret Ishak v. WM Technology, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**                     **In Chambers**

Pursuant to the parties' Stipulation for Voluntary Dismissal, (ECF No. 61), and Federal Rule of Civil Procedure 41(a), Defendants Douglas Francis, Susan Echerd, and Mary Hoitt are **DISMISSED WITHOUT PREJUDICE** from this action. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

_____    :    00

Initials of Preparer    SE