COOLEY LLP
SARAH M. LIGHTDALE (*pro hac vice*)
(slightdale@cooley.com)
55 Hudson Yards
New York, New York 10001
Telephone: +1 212 479 6000
Facsimile: +1 212 479 5275

ALEXANDRA R. MAYHUGH (300446)
(amayhugh@cooley.com)
MAXIMILIAN SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
NICHOLAS R. ORR (334142)
(norr@cooley.com)
355 S. Grand Avenue, Suite 900
Los Angeles, California 90071
Telephone: +1 213 561 3250
Facsimile: +1 213 561 3244

HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
LINH K. NGUYEN (305737)
(lknguyen@cooley.com
10265 Science Center Drive
San Diego, California 92121
Telephone: +1 858 550 6000
Facsimile: +1 858 550 6420

*Attorneys for Defendants WM Technology, Inc.,
Christopher Beals, and Arden Lee*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERET ISHAK, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WM TECHNOLOGY, INC. f/k/a SILVER SPIKE ACQUISITION CORP., CHRISTOPHER BEALS, ARDEN LEE, DOUGLAS FRANCIS, SUSAN ECHERD, MARY HOITT, SCOTT GORDON, WILLIAM HEALY, and GREGORY M. GENTILE, <br><br> Defendants. | Case No. 2:24-cv-08959-ODW-PVC <br><br> **NOTICE OF ERRATA RE WM TECHNOLOGY DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT** <br><br> Date:       November 10, 2025 <br> Time:       1:30 p.m. <br> Dept:       Courtroom 5D, 5th Fl. <br> Judge:      Hon. Otis D. Wright, II |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD, AND TO THE COURT:**

Defendants WM Technology, Inc., Christopher Beals, and Arden Lee (the "WM Technology Defendants") respectfully submit this errata to the WM Technology Defendants' Notice of Motion and Motion to Dismiss the Amended Class Action Complaint, filed on July 11, 2025 (ECF No. 66), in response to the Court's order striking ECF No. 66. (ECF No. 72.)  The WM Technology Defendants understand the error was noticing a different hearing date than defendants Scott Gordon, William Healy, and Gregory M. Gentile (the "Silver Spike Defendants") in their separate Notice of Motion and Motion to Dismiss the Amended Class Action Complaint, also filed on July 11, 2025 (ECF No. 69).

With this errata, the WM Technology Defendants are concurrently re-filing their Notice of Motion and Motion to Dismiss the Amended Class Action Complaint and noticing the hearing for November 10, 2025, at 1:30 p.m.  The WM Technology Defendants understand the Silver Spike Defendants will likewise re-file their Motion noticing the same November 10, 2025 hearing date and time.

Dated: July 14, 2025                    COOLEY LLP

                                        By: */s/ Alexandra R. Mayhugh*
                                            Alexandra R. Mayhugh

                                        *Attorneys for Defendants WM Technology, Inc., Christopher Beals, and Arden Lee*

COOLEY LLP
ATTORNEYS AT LAW

- 1 -                    **WM TECH. DEFS' NOTICE OF ERRATA
2:24-CV-08959-ODW-PVC**