COOLEY LLP
SARAH M. LIGHTDALE (*pro hac vice*)
(slightdale@cooley.com)
55 Hudson Yards
New York, New York 10001
Telephone: +1 212 479 6000
Facsimile: +1 212 479 5275

ALEXANDRA R. MAYHUGH (300446)
(amayhugh@cooley.com)
MAXIMILIAN SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
NICHOLAS R. ORR (334142)
(norr@cooley.com)
355 S. Grand Avenue
Los Angeles, California 90071
Telephone: +1 213 561 3250
Facsimile: +1 213 561 3244

HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
LINH K. NGUYEN (305737)
(lknguyen@cooley.com
10265 Science Center Drive
San Diego, California 92121
Telephone: +1 858 550 6000
Facsimile: +1 858 550 6420

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERET ISHAK, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WM TECHNOLOGY, INC. f/k/a SILVER SPIKE ACQUISITION CORP., CHRISTOPHER BEALS, ARDEN LEE, SCOTT GORDON, WILLIAM HEALY, and GREGORY M. GENTILE <br><br> Defendants. | Case No. 2:24-cv-08959-ODW-PVC <br><br> **DECLARATION OF ALEXANDRA R. MAYHUGH IN SUPPORT OF JOINT STIPULATION REGARDING SCHEDULING AND MOTION TO DISMISS BRIEFING SCHEDULE** <br><br> Judge: Hon. Otis D. Wright, II |

I, Alexandra R. Mayhugh, declare as follows:

1.      I am an active member of the Bar of the State of California and a partner at the law firm Cooley LLP, counsel for Defendants WM Technology, Inc., Christopher Beals, Arden Lee, Scott Gordon, William Healy, and Gregory Gentile ("Defendants").

2.      I have personal knowledge of the facts stated in this declaration, except for those matters stated on information and belief, and if called upon to do so, I could and would so testify.  I submit this declaration in support of the parties' Joint Stipulation Regarding Scheduling and Motion to Dismiss Briefing Schedule.

3.      On May 12, 2025, Lead Plaintiff Jay King and additional Plaintiffs Mark Schanerman and Rickey Blackman ("Plaintiffs") filed an Amended Class Action Complaint ("AC").  ECF No. 48.

4.      The AC asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the Securities and Exchange Commission (17 C.F.R. § 240.10b-5). Such claims are subject to the Private Securities Litigation Reform Act (15 U.S.C. § 78u-4) ("PSLRA"), which imposes a mandatory stay of discovery during the pendency of any motion to dismiss.  *See* 15 U.S.C. § 78u-4(b)(3)(B).

5.      On July 11, 2025, Defendants filed their Motions to Dismiss (ECF Nos. 66, 69, 75, 77) pursuant to the Parties' previously agreed briefing schedule (ECF No. 47).

6.      I have conferred with counsel for the Parties and we agree that it would be premature to engage in a scheduling conference and prepare a joint report as set forth in the Court's July 30, 2025, order (ECF No. 80) in light of the mandatory discovery stay currently in effect under the PSLRA.

7.      This vacatur is sought in good faith and not for the purpose of delay, and will not impact any other deadline in this action.

8.      The Parties have not previously made a request for an extension or

Cooley LLP
Attorneys at Law

1

continuance.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 12, 2025 in Los Angeles, California.

By: /s/Alexandra R. Mayhugh
Alexandra R. Mayhugh

COOLEY LLP
ATTORNEYS AT LAW