UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERET ISHAK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WM TECHNOLOGY, INC. f/k/a SILVER SPIKE ACQUISITION CORP., CHRISTOPHER BEALS, ARDEN LEE, DOUGLAS FRANCIS, SUSAN ECHERD, MARY HOITT, SCOTT GORDON, WILLIAM HEALY, and GREGORY M. GENTILE<br><br>Defendants. | Case No. 2:24-cv-08959-ODW-PVC<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING SCHEDULING AND MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Judge:   Hon. Otis D. Wright, II<br><br>**Note: Changes made by the Court** |

## ORDER

Upon the Joint Stipulation proposed by the Parties regarding scheduling, the Court hereby **ORDERS** as follows:

1. Plaintiffs shall file and serve their answering brief in opposition to Defendants' Motions to Dismiss, if any, on or before September 9, 2025, pursuant to the Parties' previously agreed briefing schedule (ECF No. 47);

2. Defendants shall file and serve their reply briefs in further support of their Motions to Dismiss, if any, on or before October 9, 2025, pursuant to the Parties' previously agreed briefing schedule (ECF No. 47); and

3. The Court's deadline to issue a scheduling order on October 8, 2025 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated:        August 13, 2025

_____
Hon. Otis D. Wright, II
United States District Judge