Laurence M. Rosen, Esq. (SBN 219683)
Email: lrosen@rosenlegal.com
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

*Counsel for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERET ISHAK, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WM TECHNOLOGY, INC. f/k/a SILVER SPIKE ACQUISITION CORP., CHRISTOPHER BEALS, ARDEN LEE, DOUGLAS FRANCIS, SUSAN ECHERD, MARY HOITT, SCOTT GORDON, WILLIAM HEALY, and GREGORY M. GENTILE<br><br>Defendants. | Case No. 2:24-CV-08959-ODW-PVC<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITON TO SILVER SPIKE DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**<br><br>CLASS ACTION<br><br>JUDGE: Otis D. Wright II<br>HEARING: November 10, 2025<br>TIME: 1:30 PM<br>CTRM: 5D |

## I.    Argument[1]

To state a claim under Section 20(a), Plaintiffs must allege (1) a primary violation of the Exchange Act, and (2) that the individual defendants controlled the entity liable for the primary violation. 15 U.S.C. § 78t(a); *In re Juniper Networks, Inc. Sec. Litig.*, 542 F. Supp. 2d 1037, 1053-54 (N.D. Cal. 2008). The SAC states a claim for a primary violation by WM Technology, and thus also alleges Section 20(a) claims against the Individual Defendants. *Forescout Techs.*, 63 F.4th at 781.

Plaintiffs adequately allege the Silver Spike Defendants' control. "Whether a defendant is a control person is an intensely factual question, and a plaintiff will survive a motion to dismiss on allegations that individual defendants, by virtue of their position, could and did control and influence the company." *Rabkin v. Lion Biotechnologies, Inc.*, 2018 WL 905862, at *19 (N.D. Cal. Feb. 15, 2018). Here, the Silver Spike Defendants were senior officers who signed Silver Spike's misleading Registration Statement and Proxy Statement. ¶¶35-36. This is more than sufficient to satisfy Plaintiffs' light burden to allege control. *In re Montage Tech. Grp. Ltd. Sec. Litig.*, 78 F. Supp. 3d 1215, 1228 (N.D. Cal. 2018) (Illston, J.) ("allegations that directors signed the statements which contain the material misrepresentations are sufficient to state Section 20(a) control status."). Defendants cite a line of cases stating that outside directors are not automatically liable as control people, but this disregards the fact that the Silver Spike Defendants were *officers* of Silver Spike. Nor does *Stable Road* provide support for that position, as in that case there was no indication from the court's opinion that complaint alleged

---

[1] Plaintiffs incorporate by reference the Memorandum of Points and Authorities in Opposition to the WM Technology Defendants' Motion to Dismiss contemporaneously herewith. The Factual Background of this Action is set forth therein.

1

that the defendants there signed a proxy statement advocating for the merger and containing misleading statements. *In re Stable Rd. Acquisition Corp. Sec. Litig.*, 2022 WL 2762213, at *5, 12 (C.D. Cal. July 13, 2022). The fact that Beals and Lee furnished the misleading statements in the Proxy and Registration Statements does not immunize the Silver Spike Defendants from liability, as the Proxy Statement specifically states that the Silver Spike Defendants performed due diligence into WM Technology and as a result recommended the merger with WM Technology. Dkt. No. 71 at 20. This is sufficient to establish control.

## II.    Conclusion

The Motion should be denied. If granted, plaintiffs should be given leave to replead.

Dated: September 9, 2025

**THE ROSEN LAW FIRM, P.A.**

/s/ Jonathan Stern
Jonathan Stern (admitted *pro hac vice*)
275 Madison Ave, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: jstern@rosenlegal.com


Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs and the Class*

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Plaintiffs, certify that this brief contains 417 words, which:

<u>X</u> complies with the word limit of L.R. 11-6.1.

_ complies with the word limit set by court order.

Dated: September 9, 2025

**THE ROSEN LAW FIRM, P.A.**
<u>/s/ Jonathan Stern</u>
Jonathan Stern (admitted *pro hac vice*)
275 Madison Ave, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: jstern@rosenlegal.com

3

MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO SILVER SPIKE DEFENDANTS'
MOTION TO DISMISS – 2:24-CV-08959-ODW-PVC