COOLEY LLP
SARAH M. LIGHTDALE (*pro hac vice*)
(slightdale@cooley.com)
55 Hudson Yards
New York, New York 10001
Telephone: +1 212 479 6000
Facsimile: +1 212 479 5275

ALEXANDRA R. MAYHUGH (300446)
(amayhugh@cooley.com)
MAXIMILIAN SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
NICHOLAS R. ORR (334142)
(norr@cooley.com)
355 S. Grand Avenue, Suite 900
Los Angeles, California 90071
Telephone: +1 213 561 3250
Facsimile: +1 213 561 3244

HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
LINH K. NGUYEN (305737)
(lknguyen@cooley.com
10265 Science Center Drive
San Diego, California 92121
Telephone: +1 858 550 6000
Facsimile: +1 858 550 6420

*Attorneys for Defendants WM Technology, Inc.,*
*Christopher Beals, and Arden Lee*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERET ISHAK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WM TECHNOLOGY, INC. f/k/a SILVER SPIKE ACQUISITION CORP., CHRISTOPHER BEALS, ARDEN LEE, SCOTT GORDON, WILLIAM HEALY, and GREGORY M. GENTILE<br><br>Defendants. | Case No. 2:24-cv-08959-ODW-PVC<br><br>**NOTICE OF PLAINTIFFS' NON-OPPOSITION TO REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF WM TECHNOLOGY DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**<br><br>Date:  November 10, 2025<br>Time:  1:30 p.m.<br>Dept:  Courtroom 5D, 5th Fl.<br>Judge: Hon. Otis D. Wright, II |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants WM Technology, Inc., Christopher Beals, and Arden Lee (collectively, "WM Technology Defendants") hereby inform the Court that Plaintiffs did not file an opposition to WM Technology Defendants' Request for Judicial Notice and Incorporation by Reference in Support of WM Technology Defendants' Motion to Dismiss the Amended Class Action Complaint ("RJN").

On July 11, 2025, WM Technology Defendants filed their Motion to Dismiss the Amended Class Action Complaint ("Motion to Dismiss") (ECF No. 66, 75[1]), along with the RJN (ECF No. 68) requesting that the Court incorporate by reference and/or take judicial notice of Exhibits A through V attached to the Declaration of Alexandra R. Mayhugh in Support of WM Technology Defendants' Motion to Dismiss the Amended Class Action Complaint (ECF No. 67).

On September 9, 2025, Plaintiffs filed an Opposition to WM Technology Defendants' Motion to Dismiss the Amended Class Action Complaint (ECF No. 84). Plaintiffs did not file any opposition to WM Technology Defendants' RJN.

Accordingly, pursuant to Local Rule 7-12, and for the reasons outlined in WM Technology Defendants' RJN, WM Technology Defendants respectfully request that the Court consider Exhibits A-N and Q under the incorporation by reference doctrine and take judicial notice of Exhibits A-V to establish what information was in the public realm and when.

---

[1] On July 14, 2025, the Court struck the WM Technology Defendants' Motion to Dismiss (ECF No. 72). The WM Technology Defendants filed a Notice of Errata (ECF No. 74) and refiled the Motion to Dismiss (ECF No. 75).

NOTICE OF PLFS.' NON-OPP. TO WM
TECHNOLOGY DEFS.' RJN
2:24-CV-08959-ODW-PVC

Dated:  October 9, 2025

COOLEY LLP


By: */s/ Alexandra R. Mayhugh*
    Alexandra R. Mayhugh

*Attorneys for Defendants*
*WM Technology, Inc., Christopher*
*Beals, and Arden Lee*