Laurence M. Rosen (219683)
355 South Grand Avenue, Ste. 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

[Additional counsel listed on signatory page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERET ISHAK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WM TECHNOLOGY, INC. f/k/a SILVER SPIKE ACQUISITION CORP., CHRISTOPHER BEALS, ARDEN LEE, DOUGLAS FRANCIS, SUSAN ECHERD, MARY HOITT, SCOTT GORDON, WILLIAM HEALY, and GREGORY M. GENTILE<br><br>Defendants. | Case No. 2:24-cv-08959-ODW-PVC<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge:   Hon. Otis D. Wright, II |

COOLEY LLP
ATTORNEYS AT LAW

2:24-CV-08959-ODW-PVC

Pursuant to Local Civil Rules 16-15.7 and 40-2, Lead Plaintiff Jay Kang ("Lead Plaintiff") and additional named plaintiffs Mark Schanerman and Rickey Blackman (together with Lead Plaintiff, "Plaintiffs") and Defendants WM Technology, Inc., Christopher Beals, Arden Lee, Scott Gordon, William Healy, and Gregory M. Gentile (collectively "Defendants" and together with Plaintiffs, the "Parties"), respectfully submit this Notice of Settlement to inform the Court that the Parties have reached a settlement agreement in principle that will completely resolve this putative class action as to all Defendants.

The Parties will now proceed to formalize their proposed class action settlement and anticipate the filing of a motion for preliminary approval of the proposed class action settlement no later than April 13, 2026.[1]

Accordingly, the Parties respectfully request that: (i) the Court not rule on Defendants' pending motions to dismiss (ECF Nos. 75, 77) as they are now moot in light of the settlement; and (ii) the Court stay all deadlines and proceedings in this action, pending the filing of the motion for preliminary approval of the proposed settlement.

Dated: February 12, 2026                COOLEY LLP

By: */s/ Alexanda R. Mayhugh*
Alexandra R. Mayhugh (300446)
Two California Plaza
350 South Grand Avenue, Ste. 3200
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: amayhugh@cooley.com

*Attorneys for Defendants*

---

[1] Court approval of the settlement is needed because this is a putative class action and the Parties' agreement in principle contemplates a class-wide settlement. *See* Fed. R. Civ. P. 23(e).

| | | |
|---|---|---|
| Dated: | February 12, 2026 | THE ROSEN LAW FIRM, P.A. |

By: */s/ Jonathan Stern*
Laurence M. Rosen (219683)
Jonathan Stern (admitted *pro hac vice*)
355 South Grand Avenue, Ste. 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com
Email: jstern@rosenlegal.com

*Attorneys for Plaintiffs*

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable, and I have obtained authorization of all signatories to affix the above electronic signatures.

By: */s/Jonathan Stern*
Jonathan Stern

COOLEY LLP
ATTORNEYS AT LAW
NEW YORK

3