UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-08959-ODW (PVCx) | Date | February 13, 2026 |
| Title | *Seret Ishak v. WM Technology, Inc. et al* | | |

| | |
|---|---|
| Present: The Honorable | Otis D. Wright II, United States District Judge |

| | | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**

In light of the Parties' Notice of Settlement, (Dkt. No. 91), indicating that the Parties have reached a settlement agreement in principle, this action is placed on inactive status. By **April 13, 2026**, the parties shall file a motion for preliminary approval of the proposed class action settlement pursuant to Federal Rule of Civil Procedure 23(e). Failure to timely comply with this order shall result in the dismissal of this action. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court **DENIES AS MOOT** the pending Motions to Dismiss. (Dkt. Nos. 75, 77.)

**IT IS SO ORDERED.**

: 00

Initials of Preparer SE