UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SERET ISHAK, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

WM TECHNOLOGY, INC. f/k/a SILVER SPIKE ACQUISITION CORP., CHRISTOPHER BEALS, ARDEN LEE, DOUGLAS FRANCIS, SUSAN ECHERD, MARY HOITT, SCOTT GORDON, WILLIAM HEALY, and GREGORY M. GENTILE

Defendants.

Case No. 2:24-cv-08959-ODW-PVC

**ORDER EXTENDING PARTIES' MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT**

## ORDER

Having considered the Joint Stipulation filed by Lead Plaintiff Jay Kang ("Lead Plaintiff") and additional named plaintiffs Mark Schanerman and Rickey Blackman (together with Lead Plaintiff, "Plaintiffs") and Defendants WM Technology, Inc. ("WM Technology"), Christopher Beals ("Beals"), Arden Lee ("Lee"), Scott Gordon ("Gordon"), William Healy ("Healy"), and Gregory M. Gentile ("Gentile") (collectively "Defendants" and together with Plaintiffs, the "Parties"), the Court hereby **ORDERS** the following:

1.     The deadline to file a motion for preliminary approval of the class action settlement [Dkt. No. 92] is hereby extended from April 13, 2026 to May 14, 2026.

**IT IS SO ORDERED.**

Dated:  April 7, 2026

_____
Honorable Otis D. Wright, II
United States District Judge