Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Jonathan Stern (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jstern@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERET ISHAK, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WM TECHNOLOGY, INC. f/k/a SILVER SPIKE ACQUISITION CORP., CHRISTOPHER BEALS, ARDEN LEE, DOUGLAS FRANCIS, SUSAN ECHERD, MARY HOITT, SCOTT GORDON, WILLIAM HEALY, and GREGORY M. GENTILE,<br><br>    Defendants. | Case No. 2:24-cv-08959-ODW-PVC<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: July 13, 2026<br>Time: 1:30 p.m.<br>Courtroom: 5D<br>Judge:  Hon. Otis D. Wright II |

- 1 -

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; 2:24-cv-08959-ODW-PVC

Lead Plaintiff Jay Kang and additional named plaintiffs Mark Schanerman and Rickey Blackman (collectively, "Plaintiffs"), individually and on behalf of the proposed settlement class, respectfully submit this Motion for Preliminary Approval of Class Action Settlement.

PLEASE TAKE NOTICE that on July 13, 2026 at 1:30 p.m., or such date as determined by the Court, in the United States District Court for the Central District of California, Plaintiffs will and hereby do move the Court for an order: (i) certifying the Settlement Class for settlement purposes only, appointing Plaintiffs as class representatives, and appointing The Rosen Law Firm, P.A. as class counsel; (ii) preliminarily approving the proposed Settlement of this class action; (iii) approving the parties' proposed form and method of notifying the Settlement Class of the action and the proposed Settlement and directing that such notice be disseminated to the Settlement Class; (iv) setting deadlines for Settlement Class members to exercise their rights in connection with the proposed Settlement; and (v) setting a hearing on whether the Court should grant final approval of the Settlement, dismiss claims against Defendants, approve the release of claims against all released parties, enter judgment, and award attorneys' fees and expenses to Lead Counsel and award to Plaintiffs.

This motion is based upon the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Preliminary Approval, the Declaration of Jonathan Stern in Support of Plaintiffs' Motion for Preliminary Approval, all records and papers on file in this action, and any argument offered at a hearing on this motion.

Pursuant to Local Rule 7-3, Lead Counsel have conferred with Defense Counsel who do not oppose the relief requested in this motion.

- 2 -

Dated: May 14, 2026

**THE ROSEN LAW FIRM, P.A.**

*/s/Jonathan Stern*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Jonathan Stern (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jstern@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

- 3 -

## CERTIFICATE OF SERVICE

I, Jonathan Stern, hereby declare under penalty of perjury as follows:

I am a Partner at The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On May 14, 2026, I electronically filed the foregoing **NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on May 14, 2026.

*/s/ Jonathan Stern*

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT; 2:24-cv-08959-ODW-PVC